**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | ) CR 05-0692-PHX-LOA |
| Plaintiff, | )<br>) **ORDER** |
| vs. | )<br>) |
| Vincent Bernard Barnargas, | )<br>)<br>) |
| Defendant. | )<br>) |
| | ) |

   The Court signed and issued an Order dated June 7, 2006 amending the judgment in this matter entered on February 21, 2006 to reflect restitution in the amount of $3,632 instead of the previously entered amount of $12,712.00 as well as other orders.  The aforesaid Order is being filed under seal due to Defendant's address appearing in said Order.

   **IT IS ORDERED** that the Government shall communicate with the Gila River Indian Community this Court's Order except redact that portion of the Court's Order setting forth the Defendant's address.

   DATED this 9th day of June, 2006.

Lawrence O. Anderson
United States Magistrate Judge